850

## WALKER v. STATE.
### No. 18965.

Court of Criminal Appeals of Texas.
April 21, 1937.

Messer & Messer, of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of chickens is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

The judgment is affirmed.